FILED

MAY 0 6 2008

US DISTRICT COURT
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGNIA – MARTINSBURG DIVISION

| | |
|---|---|
| JOSETTA GLADNEY, CHERYL WILFONG, RUTH JOHNSON, AMY CAWTHORN, and DAVID MCCAULEY, individually and as class members | C.A. No.: 3:08cv81 <br><br> The Honorable Bailey |
| Plaintiffs, | Electronic Filing |
| v. | |
| AB&C GROUP, INC., a corporation, RELIANT EQUITY INVESTORS, LLC, a limited liability company, BLUESKY BRANDS, INC., a corporation, ROBERT PULCIANI, PHILIP WAX, CHRISTOPHER STEVENS, CARR PRESTON, QIAN ELMORE, THOMAS DARDEN, JR., LARRY MORGAN, CATHY JO VAN PELT, and KIMBERLY MYERS, | |
| Defendants. | |

## NOTICE OF REMOVAL

The defendants, BlueSky Brands, Inc., Qian Elmore and Thomas Darden, Jr., by their attorneys Avrum Levicoff, Esquire and Levicoff, Silko & Deemer, give notice of the removal of the above captioned action which was originally filed in the Circuit Court of Jefferson County, West Virginia at Civil Action No.: 08-C-116 to the United States District Court for the Northern District of West Virginia pursuant to 28 U.S.C. §1452 on the grounds hereinafter set forth:

1. Plaintiffs bring this action on their own behalf and on behalf of a class of persons similarly situated, each of whom are alleged to be former employees of a Virginia corporation called AB&C Group, Inc. A copy of plaintiffs' Complaint is attached hereto as Exhibit "A".

2. The defendants are alleged to be former management employees and/or officers and directors of AB&C Group, Inc.

3. Plaintiffs bring this action under the West Virginia Wage Payment and Collection Act, W.Va. Code 21-1-1 et seq. to recover the payment of wages that allegedly became due and payable on or about March 14, 2008, but were unpaid, and on that date the plaintiffs allege that their employment was terminated by AB&C Group, Inc.

4. On April 4, 2008, ten days prior to the time when the wages in question became due and payable, an involuntary petition was filed against AB&C Group, Inc. under the provisions of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of West Virginia at No.: 3:08-bk-00482.

5. The AB&C Group, Inc. bankruptcy case remains pending.

6. Further, on April 21, 2008 the debtor, AB&C Group, Inc., filed a motion in the bankruptcy court for authorization to pay unpaid wages and payroll taxes, which are in whole or in part the subject of the instant action.

7. This Court has jurisdiction of the above captioned action under the West Virginia Wage Payment and Collection law pursuant to 28 U.S.C. §1334(b)(1), in that this case is "related to" the AB&C Group, Inc. bankruptcy case. Consequently, this matter is removable to this Court under the provisions of 28 U.S.C. §1452.

For the reasons above stated, the defendants above named hereby remove this action from the Circuit Court of Jefferson County, West Virginia to the United States District Court for the Northern District of West Virginia, Martinsburg Division

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4849
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911
412-434-5200

*Counsel for the Defendants,*
*BlueSky Brands, Inc.,*
*AB&C Group, Inc.*
*Qian Elmore and*
*Thomas Darden, Jr.*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGNIA – MARTINSBURG DIVISION

| | |
|---|---|
| JOSETTA GLADNEY, CHERYL WILFONG, RUTH JOHNSON, AMY CAWTHORN, and DAVID MCCAULEY, individually and as class members | C.A. No.: 3:08cv81 |
| | The Honorable Bailey |
| Plaintiffs, | Electronic Filing |
| v. | |
| AB&C GROUP, INC., a corporation, RELIANT EQUITY INVESTORS, LLC, a limited liability company, BLUESKY BRANDS, INC., a corporation, ROBERT PULCIANI, PHILIP WAX, CHRISTOPHER STEVENS, CARR PRESTON, QIAN ELMORE, THOMAS DARDEN, JR., LARRY MORGAN, CATHY JO VAN PELT, and KIMBERLY MYERS, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing NOTICE OF REMOVAL upon the following counsel via the CM/ECF system on May 5, 2008:

Paul Taylor, Esquire
Law Office of Paul G. Taylor, PLLC
134 West Burke Street
Martinsburg, WV 25401

*Counsel for the Plaintiffs*

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911
412-434-5200

*Counsel for the Defendants,
BlueSky Brands, Inc., AB&C Group, Inc.
Qian Elmore and Thomas Darden, Jr.*

{L0053099.1}

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, WEST VIRGINIA

JOSETTA GLADNEY, CHERYL WILFONG, RUTH JOHNSON, AMY CAWTHORN, and DAVID MCCAULEY, individually and as class members

C.A. No.: 08-C-116

Plaintiffs,

v.

AB&C GROUP, INC., a corporation, RELIANT EQUITY INVESTORS, LLC, a limited liability company, BLUESKY BRANDS, INC., a corporation, ROBERT PULCIANI, PHILIP WAX, CHRISTOPHER STEVENS, CARR PRESTON, QIAN ELMORE, THOMAS DARDEN, JR., LARRY MORGAN, CATHY JO VAN PELT, and KIMBERLY MYERS,

Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing NOTICE OF REMOVAL upon the following counsel via facsimile and first class, U.S. Mail on May 5, 2008:

Paul Taylor, Esquire
Law Office of Paul G. Taylor, PLLC
134 West Burke Street
Martinsburg, WV 25401

*Counsel for the Plaintiffs*

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911
412-434-5200

*Counsel for the Defendants,
BlueSky Brands, Inc., AB&C Group, Inc.
Qian Elmore and Thomas Darden, Jr.*

{L0052360.1}