IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Josetta Gladney, Cheryl Wilfong, Ruth Johnson, Amy Cawthorn and David McCauley,

**Plaintiff(s),**

v.

AB&C Group, Inc., Reliant Equity Investors, LLC, Robert Pulciani, Philip Wax, Christopher Stevens, Carr Preston, Qian Elmore, et al.,

**Defendant(s)/**
**Third-Party Plaintiff(s),**

v.

_____,

**Third-Party Defendant(s).**

Civil Action No. 08-CV-81

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, corporation,
(type of party)
who is BlueSky Brands, Inc. , makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

Page 1 of 2

☒ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    None.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
    None.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: May 8, 2008

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGNIA – MARTINSBURG DIVISION

| | |
|---|---|
| CARLA COBLE, STEPHANIE LAING, JOSEPH NOLAN, ERIC WOOMER, POPPY CHRISMAN,<br><br>Plaintiffs,<br><br>v.<br><br>RELIANT EQUITY INVESTORS, LLC, a foreign limited liability company, TANTUM, LLC, a foreign limited liability company, and the following as individuals: ROBERT PULCIANI, PHILIP WAX, CHRISTOPHER STEVENS, CARR PRESTON, QIAN ELMORE, THOMAS DARDEN, JR., LARRY MORGAN, CATHY JO VAN PELT, KIMBERLY MYERS, ED COLEMAN, MICHAEL LUTZ, RICHARD HERBERT, and LARRY MUZZY,<br><br>Defendants. | C.A. No.: _____<br><br>The Honorable _____<br><br>Electronic Filing |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing DISCLOSURE STATEMENT upon the following counsel via facsimile and U.S. Mail on May 8, 2008:

David Hammer, Esquire
Robert Schiavoni, Esquire
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401

Garry Geffert, Esquire
P.O. Box 2281
Martinsburg, WV 25402

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. # 4549
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911
412-434-5200

*Counsel for the Defendants,
Qian Elmore and Thomas Darden, Jr.*

{L0053105.1}